**Harold A. BOIRE, Regional Director,**
Twelfth Region, National Labor
Relations Board, Appellant,

v.

**The GREYHOUND CORPORATION,**
Appellee.

No. 19755.

United States Court of Appeals
Fifth Circuit.

Nov. 21, 1962.

Marcel Mallet-Prevost, James C. Paras,
Washington, D. C., Stuart Rothman, Gen.
Counsel, Dominick L. Manoli, Assoc. Gen.
Counsel, Herman M. Levy, Attys., Na-
tional Labor Relations Board, for ap-
pellant.

Warren E. Hall, Jr., Chesterfield H.
Smith, Wofford H. Stidham, Bartow,
Fla., for appellee.

Alexander E. Wilson, Jr., Alexander
E. Wilson, III, Atlanta, Ga. (Wilson,
Branch & Barwick, Atlanta, Ga., of coun-
sel) as amicus curiae and on behalf of
Floors, Inc.

I. J. Gromfine, Washington, D. C. (Zim-
ring, Gromfine & Sternstein, Washington,
D. C., of counsel) as amicus curiae, and
on behalf of Amalgamated Association
of Street, Electric Railway and Motor
Coach Employees of America, AFL–CIO.

Before JONES and BELL, Circuit
Judges, and CARSWELL, District Judge.

PER CURIAM.

The questions in this important case
were carefully considered by the district

1. 201 F.Supp. 135 (E.D.Pa.1961).

court and discussed by the judge to whom the case was assigned. Greyhound Corporation v. Boire, D.C., 205 F.Supp. 686. We find ourselves in agreement with the principles there stated and the decision there reached. The judgment of the district court is

Affirmed.